# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Sean Lamont Dudley,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:19-cv-00152-KDB |
| | ) | 5:97-cr-00001-KDB |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 24, 2020 Order.

April 24, 2020

Frank G. Johns, Clerk
United States District Court